UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
————————————————————x

ORVILLE ETORIA (97-A-3708),

                Petitioner,

    - against -

FLOYD G. BENNETT, Superintendent
of Elmira Correctional Facility,

                Respondent.
————————————————————x

**NOTICE OF APPEAL**

01-CV-07421   (JBW)
03-MISC-0066 (JBW)

Notice is hereby given that Orville Etoria, petitioner in the above named case,

appeals to the United States Court of Appeals for the Second Circuit from the

Memorandum, Judgment & Order (Weinstein, J.), dated November 20, 2003, denying the

petition for writ of habeas corpus.

Dated:  December 9, 2003

*ORville Etoria*
Orville Etoria, 97-A-3708
Shawangunk Correctional Facility
P.O. Box 700
Wallkill, New York 12589

RECEIVED DEC 1 2 2003